NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAVIV YIFRACH,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2020-1535

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01340-RTH, Judge Ryan T. Holte.

---

**JUDGMENT**

---

HAVIV YIFRACH, pro se.

STEVEN MICHAEL MAGER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee. Also represented by ETHAN P. DAVIS, DEBORAH ANN BYNUM, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 14, 2020          /s/ Peter R. Marksteiner
        Date               Peter R. Marksteiner
                           Clerk of Court